Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT WARSHAWER and KIM WARSHAWER, a married couple; GLENN BUTLER, Shareholders' Agent for the former shareholders of Black Rock Cable, Inc.,

    Plaintiffs,

v.

RICK TARNUTZER, an individual; NANCY TARNUTZER, an individual,

    Defendants.

---

RICK TARNUTZER, an individual,

    Third-Party Plaintiff,

v.

OH WDH HOLDCO, LLC, a limited liability company; and WDH BLACK ROCK, a limited liability company,

    Third-Party Defendants.

Case No. 2:14-cv-001042-RSM

DECLARATION OF ROBERT WARSHAWER IN SUPPORT OF PLAINTIFF GLENN BUTLER'S MOTION FOR SUMMARY JUDGMENT

ROBERT WARSHAWER declares as follows:

1. I am the former President, Secretary, and Treasurer of Black Rock Cable, Inc. ("Black Rock"). I owned more than 50% of Black Rock prior to its merger into WDH Black Rock, LLC ("WDHBR") in November 2012 (the "Black Rock Merger"). I am over eighteen years of age and otherwise competent to testify. I make this declaration based on my own personal knowledge or, where appropriate, based on the business records of Black Rock.

2. As the former President, Secretary, and Treasurer of Black Rock, and as a member of the Black Rock Board of Directors, I am familiar with Black Rock's corporate documents, including Black Rock Board resolutions, minute books, stock registers, and other company records.

3. Black Rock was incorporated in Nevada, but operated exclusively in Washington. Black Rock's headquarters and principal place of business was Bellingham (Whatcom County).

4. Black Rock began as a cable TV provider but abandoned that aspect of its business in 2002. By 2003, Black Rock's business was based on building, owning, and operating its own fiber optic network in Bellingham, Washington. In 2004, Black Rock expanded its operations from Bellingham throughout Whatcom County, Washington. In 2005, Black Rock expanded its operations into Skagit County, Washington. In 2006, Black Rock expanded its operations into Snohomish County, Washington.

DECLARATION OF ROBERT WARSHAWER - 2

5. Given the profitability of Black Rock's high-speed fiber optic service, it made sense for Black Rock to expand its fiber optic cable network as rapidly as practical. Black Rock funded its expansion with its own revenues and a line of credit at Horizon Bank.

6. In 2007, Black Rock began exploring alternative ways of financing its cable network construction because of its increasing concerns about Horizon Bank's publicly acknowledged financial struggles.

7. In September 2007, I loaned Black Rock $700,000. I raised the $700,000 by personally borrowing from family members, including $100,000 borrowed from my mother-in-law, Nancy Tarnutzer, on June 6, 2007.

8. Although I borrowed the $100,000 from Nancy Tarnutzer, the loan arrived as a $100,000 check from a checking account owned jointly by Nancy Tarnutzer and Rick Tarnutzer, Nancy Tarnutzer's son. The check was payable to me personally, not to Black Rock.

9. Black Rock followed all corporate formalities in documenting my $700,000 loan to Black Rock, including obtaining approval of the loan by the non-interested Board members (i.e., all Board members except me) and adopting a written Board resolution approving the loan in October 2007. A copy of the Board Resolution approving the $700,000 loan from me to Black Rock in October 2007 is Exhibit A to this declaration.

10. From 2007 through 2012, Black Rock continued to operate

successfully. In November 2012, the Black Rock shareholders approved the Black Rock Merger with WDHBR, and the Black Rock Merger closed.

11. A year after the Black Rock Merger, in November 2013, Rick Tarnutzer sent me a letter claiming that Nancy's $100,000 loan to me was his own personal investment in Black Rock. He asserted that his "investment" had made him an owner in Black Rock. A copy of that letter is attached as Exhibit B.

12. Exhibit C to this declaration is a letter I received from Jim Keathley, counsel for Rick Tarnutzer, in May 2014, asserting that Tarnutzer "had an ownership interest in Black Rock," and as a Black Rock "shareholder," was entitled to "at least $5 million" of the Black Rock Merger proceeds.

13. Exhibit D to this declaration is a Notice of Indemnification Claim from Cairncross & Hempelmann to the former Black Rock shareholders and an escrow agent. The Notice of Indemnification Claim directed the escrow agent to retain the remaining $3 million in Black Rock Merger funds in escrow pending the outcome of Rick Tarnutzer's Black Rock ownership claim.

14. I never told Rick Tarnutzer or Nancy Tarnutzer that they could or would become a shareholder in Black Rock. I never told Rick Tarnutzer or Nancy Tarnutzer that I would transfer any of my stock in Black Rock to them.

15. The Black Rock Board of Directors was never asked to approve, and did not approve, the issuance of any shares of stock to Rick Tarnutzer. The Black Rock Board of Directors did not authorize the issuance or

DECLARATION OF ROBERT WARSHAWER - 4

SPENCER HALL & ASSOCIATES
1200 Fifth Ave., Suite 1414, Seattle, WA 98101 206.292.5900

transfer of stock to Rick Tarnutzer, whether through Board resolution, unanimous written consent, formal action at a Board meeting, or otherwise. There are no corporate records showing that Rick Tarnutzer ever owned any shares in Black Rock.

16. Exhibit E to this declaration is Section 3.02 of the Black Rock Merger Disclosure Schedule, which is a capital table showing all owners of Black Rock stock at the time of the Black Rock Merger.

17. Rick Tarnutzer's name does not appear on the list of Black Rock shareholders provided to WDHBR as part of the Black Rock Merger. Rick Tarnutzer is not a party to the Black Rock Shareholders' Agreement.

18. Rick Tarnutzer's name does not appear in the Black Rock minute books, on any Black Rock stock registry, or anywhere else in the Black Rock corporate documents.

19. Exhibit F to this declaration is a copy of the Black Rock Stock and Signature Register as of the date of the Black Rock Merger (November 30, 2012).

20. Exhibit G to this declaration is a copy of the latest version of the Black Rock Bylaws.

21. Exhibit H is a copy of the latest version of the Black Rock Shareholders' Agreement.

22. Exhibit I is a copy of the Black Rock Articles of Incorporation.

23. I am not aware of any Black Rock corporate documents that

DECLARATION OF ROBERT WARSHAWER - 5

sought to delegate authority to me to issue stock on behalf of Black Rock.

I declare under penalty of perjury of the laws of the United States that the above is true and correct.

DATED this 14th day of May, 2015.

*Robert Warshawer*

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury of the laws of admonish the United States and the State of Washington that on May 14, 2015, I caused to be served a copy of the foregoing document to the following persons in the manner indicated below by the following methods:

| | | |
|---|---|---|
| Kevin P. Sullivan<br>The Sullivan Law Group<br>701 Fifth Avenue, Suite 4600<br>Seattle, WA 98104<br>Email: k.sullivan@sullivanlawfirm.org<br>Attorneys for Defendants | ☑<br>☐<br>☐<br>☐<br>☐<br>☐ | by CM/ECF<br>by Electronic Mail<br>by Facsimile Transmission<br>by First Class Mail<br>by Legal Messenger<br>by Overnight Delivery |
| Spencer Hall<br>Colin George<br>Spencer Hall & Associates PLLC<br>1200 Fifth Avenue, Suite 1414<br>Seattle, WA 98101<br>Email: shall@spencerhall-assoc.com<br>Email: cgeorge@spencerhall-assoc.com<br>Attorney for Plaintiffs Robert and Kim Warshawer | ☑<br>☐<br>☐<br>☐<br>☐<br>☐ | by CM/ECF<br>by Electronic Mail<br>by Facsimile Transmission<br>by First Class Mail<br>by Legal Messenger<br>by Overnight Delivery |
| H. James Keathley<br>Keathley & Keathley, LLP<br>2030 Main Street, Suite 1040<br>Irvine, CA 92614<br>Email: keathley.law@hotmail.com<br>Attorneys for Defendants | ☑<br>☐<br>☐<br>☐<br>☐<br>☐ | by CM/ECF<br>by Electronic Mail<br>by Facsimile Transmission<br>by First Class Mail<br>by Legal Messenger<br>by Overnight Delivery |

I declare under the penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED this 14th day of May, 2015, at Seattle, Washington.

*/s/ Alisa Flabel*
Alisa Flabel

DECLARATION OF ROBERT WARSHAWER - 7

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

127983.0002/6081107.2