Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT WARSHAWER and KIM WARSHAWER, a married couple; GLENN BUTLER, Shareholders' Agent for the former shareholders of Black Rock Cable, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>RICK TARNUTZER, an individual; NANCY TARNUTZER, an individual,<br><br>Defendants. | Case No. 2:14-cv-001042-RSM<br><br>DECLARATION OF KIM WARSHAWER IN SUPPORT OF THE WARSHAWERS' RESPONSE TO NANCY TARNUTZER'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

KIM WARSHAWER declares as follows:

1. I reside in Whatcom County, Washington with my husband, Bob Warshawer. I am over eighteen years of age and otherwise competent to testify. I make this declaration based on my own personal knowledge.

2. Nancy Tarnutzer is my mother. She has three children: me, my brother Rick Tarnutzer, and another son.

DECLARATION OF KIM WARSHAWER - 1

SPENCER HALL & ASSOCIATES
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

3. In December 2006, my mother and father finalized the property settlement related to their divorce. I understand that my mother received over $5 million in cash as part of the settlement.

4. Following the settlement, my mother gave me a gift of a check for $100,000. The check was dated February 24, 2007 (the "February Check"). The check was unrelated to any business endeavor. She told me that it was a gift and I expressed my thanks. The February Check is attached as Exhibit A to this declaration.

5. My mother has told me on multiple occasions, "Rick has not been a good steward of my money."

I declare under penalty of perjury of the laws of the United States that the above is true and correct.

DATED this 18th day of May, 2015.

_____
Kim Warshawer

SPENCER HALL & ASSOCIATES
1200 Fifth Ave., Suite 1414, Seattle, WA 98101  206.292.5900



