UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT WARSHAWER and KIM WARSHAWER, a married couple; and GLENN BUTLER, Shareholders' Agent for the former shareholders of Black Rock Cable, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> RICK TARNUTZER, an individual; and, NANCY TARNUTZER, an individual, <br><br> Defendants. | CAUSE NO.: 14-1042 <br><br> SUPPLEMENTAL DECLARATION OF RICK TARNUTZER IN OPPOSITION TO BLACK ROCK'S MOTION FOR SUMMARY JUDGMENT |
| RICK TARNUTZER, an individual, and NANCY TARNUTZER, an individual <br><br> Third Party Plaintiff, <br><br> v. <br><br> OH WDH HOLDCO, LLC, a limited liability company, WDH BLACK ROCK, a limited liability company, <br><br> Third Party Defendants. | |

1. My name is Rick Tarnutzer. I make the statements below on my own knowledge and I am competent to testify to them. This declaration supplements my prior declarations in this case.

SUPPLEMENTAL DECLARATION OF RICK TARNUTZER IN OPPOSITION TO BLACK ROCK'S MOTION FOR SUMMARY JUDGMENT - 1 OF 2

THE SULLIVAN LAW FIRM
K.Sullivan@SullivanLawFirm.org
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
206.903.0504

2. Robert Warshawer did not disclose to me multiple material facts when he solicited my June 6, 2007 investment of $100,000 in Black Rock Cable. I would have not invested these funds if he had disclosed these facts to me. Among the material facts that Warshawer failed to disclose to me are those identified in paragraphs 3 to 6 below.

3. Warshawer did not tell me that he might not have complete authority to bind Black Rock to the investment sold to me. He did not tell me that internal Black Rock documents may require a formal board authorization for share issuance to me. He also did not provide me with a copy of Black Rock's bylaws or other such records.

4. Warshawer did not tell me that Black Rock (through him) was borrowing a total of $700,000 from his relatives, at the same time that he solicited my investment. The fact that Black Rock was incurring a huge amount of additional private debt was not disclosed and would obviously have been a significant concern to any investor.

5. Warshawer did not disclose that he would be using part of these borrowed funds to purchase Black Rock stock via stock warrants for himself.

6. Warshawer did not disclose that he was not the 100% owner of Black Rock.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

*Executed* in Irvine, California this 1st day of June, 2015.

By: _____
Rick Tarnutzer